```
 1  SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
 2  JAY R. WEILL (CSBN 75434)
    Assistant United States Attorney
 3  Chief, Tax Division
    DAVID L. DENIER (CSBN 95024)
 4  Assistant United States Attorney
      9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102
 6    Telephone: (415) 436-6888

 7  Attorneys for the United States of America
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. C-06-07168-CW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER OF DISMISSAL** |
| SAMUEL A. STALCUP, JANICE A. STALCUP, CITIMORTGAGE, CITY OF OAKLAND, | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby agreed and stipulated by plaintiff United States of America and defendant CitiMortgage, Inc., the only parties who have appeared in this action, that this action be dismissed, each party to bear its own costs.

```
                                          SCOTT N. SCHOOLS
                                          United States Attorney

Dated: February 28, 2007                  /s/ David L. Denier
                                          DAVID L. DENIER
                                          Assistant United States Attorney
                                          Attorneys for Plaintiff United States
                                            of America


Dated: February 27, 2007                  /s/ Michael H. Chang
                                          MICHAEL H. CHANG
                                          Attorney for Defendant CitiMortgage, Inc.
```

1
**O R D E R**

2   Pursuant to the Stipulation of the parties who have appeared in this action and Rule 41(a)
3   of the Federal Rules of Civil Procedure, the Court hereby orders that this action be and hereby is
4   dismissed.
5   ORDERED this 1 st day of March, 2007, at Oakland, California.

_____
CLAUDIA WILKEN
United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order of Dismissal
(C-06-07168-CW)                2